714 A.2d 1034

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

John Mark LOGUE, Respondent.

Nos. 313 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Aug. 17, 1998.

*ORDER*

PER CURIAM.

AND NOW, this 17th day of August, 1998, upon consideration of the Report and Recommendations of the Disciplinary Board dated June 24, 1998, it is hereby

ORDERED that JOHN MARK LOGUE be and he is SUSPENDED from the Bar of this Commonwealth for a period of three (3) years, retroactive to April 24, 1997, and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.

NIGRO, J., dissents and would impose a suspension of not less than five years.